1

2

3

4

5               UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF CALIFORNIA

7

8   JOHN FRANKLIN PARKS,                    1:06-cv-00664  OWW TAG (HC)

9          Petitioner,              FINDINGS AND RECOMMENDATIONS
                                    RECOMMENDING CASE BE DISMISSED
10     vs.                          FOR FAILURE TO PROSECUTE

11  FEDERAL BUREAU OF PRISONS,              (Docs. 7, 9)
    et al.,
12                                  OBJECTIONS, IF ANY, DUE IN 20 DAYS
           Respondents.
13  _____/

14          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to

15  28 U.S.C. § 2241.

16          This action was filed on May 31, 2006. (Doc. 1).   On November 27, 2007, the Court issued

17  an order directing Respondent to file a response to the petition and setting a briefing schedule. (Doc.

18  7).  The Court's order was served on Petitioner by mail on November 27, 2007.  (Docket entry dated

19  November 27, 2007).  On January 2, 2008, the order mailed to Petitioner was returned by the U.S.

20  Postal Service as undeliverable.  (Doc. 11).

21          Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the

22  Court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent

23  part:

24              If mail directed to a [Petitioner] in propria persona by the Clerk is
                returned by the U.S. Postal Service, and if such [Petitioner] fails to
25              notify the Court and opposing parties within sixty (60) days thereafter
                of a current address, the Court may dismiss the action without
26              prejudice for failure to prosecute.

27  ///

28                                     1

1    In the instant case, sixty (60) days have passed since Petitioner's mail was returned and he

2 has not notified the Court of a current address.

3    In determining whether to dismiss an action for lack of prosecution, the Court must consider

4 several factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to

5 manage its docket; (3) the risk of prejudice to the respondents; (4) the public policy favoring

6 disposition of cases on their merits; and (5) the availability of less drastic alternatives.  Henderson v.

7 Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The

8 Court finds that the public's interest in expeditiously resolving this litigation and the Court's interest

9 in managing the docket weigh in favor of dismissal, as this action has been pending since May 31,

10 2006.  The Court cannot hold this case in abeyance indefinitely based on Petitioner's failure to notify

11 the Court of his address.  The third factor, risk of prejudice to respondents, also weighs in favor of

12 dismissal, since a presumption of injury arises from the occurrence of unreasonable delay in

13 prosecuting an action.  Anderson v. Air West, Inc., 542 F.2d 522, 524 (9th Cir. 1976).  The fourth

14 factor, public policy favoring disposition of cases on their merits, is greatly outweighed by the

15 factors in favor of dismissal discussed herein.  Finally, given the Court's inability to communicate

16 with Petitioner based on Petitioner's failure to keep the Court apprised of his current address, no

17 lesser sanction is feasible.

18                              **RECOMMENDATION**S

19    Accordingly, the Court HEREBY RECOMMENDS that this action be dismissed for

20 Petitioner's failure to prosecute.

21    These Findings and Recommendations are submitted to the Honorable Oliver W. Wanger,

22 United States District Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-

23 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.

24 Within twenty (20) days after being served with a copy, any party may file written objections with

25 the Court and serve a copy on all parties.  Such a document should be captioned "Objections to

26 Magistrate Judge's Findings and Recommendations."  Replies to the objections shall be served and

27 filed within ten (10) court days (plus three days if served by mail) after service of the objections.

28

1  The District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636

2  (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive

3  the right to appeal the District Judge's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4

5

6  IT IS SO ORDERED.

7  Dated:  **March 10, 2008**                                               **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28