UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANKLIN PARKS,<br><br>        Petitioner,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>        Respondents. | 1:06-cv-00664 OWW TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 11)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On January 2, 2008, a Court order mailed to Petitioner on November 27, 2007, was returned by the U.S. Postal Service as undeliverable. On March 11, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for Petitioner's failure to prosecute. (Doc. 11). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, none of the parties in this case have filed objections.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the

Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed March 11, 2008 (Doc. 11), are ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:**    **April 10, 2008**                 **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE